**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **Jennifer Brooke Bailey,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:23-cv-5575-RMG** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Sterling Infosystems, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND REQUEST FOR RUBIN ORDER**

Plaintiff Jennifer Brooke Bailey, ("Plaintiff") and Defendant Sterling Infosystems, Inc., ("Defendant") (collectively, the "Parties") have agreed to settle all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with prejudice within the next sixty (60) days. Accordingly, the Parties requests that the Court enter a *Rubin* order to provide us with time to consummate the agreement. The Parties will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted this the 11th day of June, 2024.

| | |
|---|---|
| /s/ *Penny Hays Cauley* | /s/ *Rita Bolt Barker* |
| Penny Hays Cauley, Fed. ID No. 10323 | Rita Bolt Barker, Fed. ID No. 10566 |
| **HAYS CAULEY, P.C.** | **WYCHE, PA** |
| 1303 W. Evans Street | 200 East Broad Street, Suite 400 |
| Florence, SC 29501 | Greenville, SC 29601 |
| (843) 665-1717 | (864) 242-8200 |
| (843) 665-1718 Facsimile | rbarker@wyche.com |
| phc917@hayscauley.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |